FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

02 SEP 30 AM 8:07

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JACQUELYN B. N'JAI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 02-JEO-2331-S |
| | ) | |
| Z-TEL COMMUNICATIONS, CEO, | ) | |
| GREG SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED

SEP 30 2002

## MEMORANDUM OPINION

Jacquelyn B. N'Jai ("the plaintiff") filed a complaint on September 23, 2002, with the Clerk of the Court, alleging claims of fraud, "cramming," "slamming," and "jamming." She seeks monetary damages. The complaint alleges that she is a resident of Pennsylvania and the defendants are located in Atmore, Alabama. The complaint further lists this court as the "United States District Court of Alabama."

Section 1404(a) of Title 28 of the United States Code provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

28 U.S.C. § 1404(a). Atmore, Alabama, is located in the Southern District of Alabama. The defendants are located there and any potential witnesses are more likely to be located there as well. It is the judgment of this court that the United States District Court for the Southern District of Alabama is the appropriate court to address the claims raised in the present complaint and that the case should be transferred to that court. A transfer of this case will not inimically impact the interests of either party.

Premised on the foregoing, the Clerk of this Court will be directed to transfer this case to

the United States District Court for the Southern District of Alabama forthwith. An order consistent with the findings and conclusions reflected in this Memorandum Opinion will be entered contemporaneously herewith.

The Clerk is directed to serve a copy of this Memorandum Opinion upon the plaintiff.

**DONE**, this the _____ day of September, 2002.

_____
JOHN E. OTT
United States Magistrate Judge